UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Darwin B. Myers, Jr., *et al.*, | Case No. 3:14 CV 1093 |
| Plaintiffs, | JUDGE JAMES G. CARR |
| v. | |
| | JUDGMENT ENTRY |
| Wells Fargo Bank, N.A., *et al.*, | |
| Defendants. | |

In accordance with the Court's accompanying opinion and order, this action is dismissed pursuant to 28 U.S.C. §1915(e). The Court further certifies, pursuant to 28 U.S.C. §1915(a)(3), that an appeal from this decision could not be taken in good faith.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge